UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENA L. FRIETCHEN,

        Plaintiff,                                    Case No.  1:06-CV-567

v.                                                         Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on June 11, 2007.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 11, 2007, is approved and adopted as the opinion of the court.  The Commissioner's decision is **reversed and remanded** pursuant to sentence four of 42 U.S.C. § 405(g) for re-evaluation of plaintiff's December 30, 2003, termination date as outlined in the Magistrate Judge's Report and Recommendation.

This case is **concluded**.

Dated:  July 6, 2007                                                         /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                                     UNITED STATES DISTRICT JUDGE